# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
info@chapter13milwaukee.com  
www.chapter13Milwaukee.com

740 North Plankinton Avenue  
Suite 400  
Milwaukee, WI 53203

November 13, 2009

Clerk of the US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Avenue  
Milwaukee, WI 53202

RE: DONNA BUISSE  
    Case No. 05-33903-JES

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1067643 in the amount of $6.19. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:   1053251

Original Payee:   Donna Buisse  
                  1400 F. West Street  
                  #2  
                  Union Grove, WI  53182

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG/ck

cc: file

RECEIVED-MAIL  
2009 NOV 16 AM 11:28  
US BANKRUPTCY COURT  
EASTERN DISTRICT OF WI

Mary B. Grossman, Chapter 13 Trustee    Check No. 1067643
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
  Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-33903-JES | 777-0 | DONNA BUISSE | | 0.00 | 6.19 | 0.00 | 6.19 |